NICHTER ASSOCIATES, INC., Appellant, v CITY OF BUFFALO et al., Defendants, and CLARENCE MATERIALS CORP., Doing Business as CLARENCE REDI-MIX CONCRETE, Respondent and Third-Party Plaintiff-Respondent. W. R. GRACE & COMPANY et al., Third-Party Defendants-Respondents. (And Another Third-Party Action.) (Appeal No. 3.)

Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.